ORIGINAL

COVER SHEET

RECEIVED
AUG 1 9 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) D.C.I. DANACO CONTRACTORS, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Timothy A. Sullivan, Esq.

Firm Name: Starfield & Payne, P.C.

Post Office Box: 880 04-1338C

Street Address: 220 Commerce Drive, Suite 250

City-State-Zip: Fort Washington, PA 19034

Telephone & Facsimile Numbers: 215-542-7070; 215-542-0723 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [0]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [ ] [ ] [0]

See attached sheet for three digit codes.

Amount Claimed: $ Nonmonetary Claim

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.