ORIGINAL

FILED
AUG 1 9 2004
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| D.C.I. DANACO CONTRACTORS, INC., Plaintiff, | Case No. 04-1338C |
| v. | (Judge's Name) |
| THE UNITED STATES, Defendant. | |

**Rule 7.1 DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, D.C.I. DANACO CONTRACTORS, INC., and hereby provides this Disclosure Statement as required by F.R.C.P. 7.1.

D.C.I. DANACO CONTRACTORS, INC. is not owned by any parent corporation. No publicly held corporation owns ten percent or more of its stock. Therefore, there is no such corporation that owns ten percent or more of D.C.I. DANACO CONTRACTORS, INC.'S stock.

DATED this 18th day of August, 2004.

STARFIELD & PAYNE, P.C.

By: Timothy A. Sullivan

Timothy A. Sullivan, Esquire
Attorney for Plaintiff
Starfield & Payne, P.C.
220 Commerce Drive, Suite 250
Fort Washington, PA 19034
Tele: (215) 542-7070
Fax: (215) 542-0723