IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| D.C.I. DANACO CONTRACTORS, INC., Plaintiff, | : | |
| v. | : | No.04-1338 (Judge Sypolt) |
| THE UNITED STATES, Defendant. | : | |

**NOTICE OF DISMISSAL**

The Plaintiff, D.C.I. Danaco Contractors, Inc., by its undersigned counsel, hereby files a notice of dismissal of the above matter, in accordance with RCFC Rule 41(a)(1). The dismissal of the action is without prejudice.

Respectfully submitted,

s/ Timothy A. Sullivan

Timothy A. Sullivan, Esquire
Starfield & Payne, P.C.
220 Commerce Drive, Suite 250
Fort Washington, PA 19034
Tele: 215-542-7070
Fax: 215-542-0723

Attorney for D.C.I. Danaco Contractors, Inc.

Dated: September 9, 2004